UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
CUESTA PARTNERS LLC,                      :
                                          :
                         Plaintiff,       :         26cv3602 (DLC)
                                          :
              -v-                         :         ORDER
                                          :
JAMIE REINGRUBER, et al.,                 :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     On April 30, 2026, the plaintiff filed a complaint and

emergency motion for a temporary restraining order against

defendants.  On May 1, the plaintiff represented that it had

completed service on each of the defendants.  Accordingly, it is

hereby

     ORDERED that the parties shall appear for a conference on

**May 1, 2026** at **4:00 p.m.** in Courtroom 18B, United States

Courthouse, 500 Pearl Street, New York, New York.

     IT IS FURTHER ORDERED that the plaintiff shall promptly

serve a copy of this Order on the defendants.

Dated:    New York, New York
          May 1, 2026

                              _____
                                     DENISE COTE
                              United States District Judge