**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CUESTA PARTNERS LLC,

   Plaintiff,

  -against-

JAMIE REINGRUBER, LEO BERWICK LP, and LEO BERWICK AI, LP,

   Defendants.

Case No.: 26cv3602

## TEMPORARY RESTRAINING ORDER

Upon the Summons and Complaint, the supporting Declarations of Thomas Derhake and John Cacavias and the exhibits annexed thereto, Plaintiff Cuesta Partners LLC's ("Cuesta") Memorandum of Law in Support of its Motion for a Temporary Restraining Order, a Preliminary Injunction, and Expedited Discovery, and the conference held on the record on May 1, 2026, and pursuant to Federal Rule of Civil Procedure 65, it is hereby:

**ORDERED**, that sufficient reason having been shown, pending a June 11, 2026 hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, that:

(a) Defendants, and any person or entity acting in concert with them or under their supervision:

  i. are temporarily restrained and enjoined from possessing, using, disclosing, or disseminating Cuesta's confidential information, and

  ii. are required to immediately return all of Cuesta's confidential information in their possession.

(b) Defendant Reingruber is temporarily restrained and enjoined from violating the provisions of the Employee Confidentiality, Non-Compete, and Non-Solicitation

Agreement, including its six-month non-compete provision.

(c)    Defendant Reingruber shall mail his Cuesta-issued laptop to the following

address, postmarking it no later than May 4, 2026 with Federal Express to be

delivered on May 5:

> iDiscovery Solutions, Inc.
> Attn: Mike Perelman
> 3000 K. Street NW, Suite 425
> Washington, D.C. 20007

**IT IS FURTHER ORDERED** that Cuesta shall post a bond of $10,000.00 in connection

with this temporary restraining order.

<strong>SO ORDERED</strong>:

Dated: May 1, 2026
      New York, New York
                                      _____

2