UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUESTA PARTNERS LLC,<br><br>                                    Plaintiff,<br><br>          -against-<br><br><br>JAMIE REINGRUBER, LEO BERWICK LP,<br>and LEO BERWICK AI, LP,<br><br>                                    Defendants. | Case No.: 1:26-cv-03602-DLC<br><br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and all prior pleadings and proceedings herein, Defendant Jamie Reingruber ("Defendant" or "Reingruber") will move this Court, Hon. Denise L. Cote, United States District Judge, at the United States Courthouse located at 500 Pearl St., New York, New York, 10007, at a date and time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6): (i) dismissing Count III of the Complaint [Dkt. No. 1] of Plaintiff Cuesta Partners LLC ("Plaintiff" or "Cuesta") with prejudice, for failure to state a claim upon which relief can be granted; (ii) dismissing Counts I and II of the Complaint for lack of subject-matter jurisdiction; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: May 15, 2026                                    **NIXON PEABODY LLP**


By: */s/ Paul F. Downs*
Paul F. Downs
55 West 46th Street
New York, New York 10036
(212) 940-3029
pdowns@nixonpeabody.com

                                    --and--

1

Tina B. Solis (*pro hac vice*)
70 West Madison Street, Suite 5200
Chicago, Illinois 60602
(312) 977-4400
tbsolis@nixonpeabody.com

*Attorneys for Defendant,*
*Jamie Reingruber*


TO:    All Counsel of Record via ECF

2