UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
CUESTA PARTNERS LLC,                  :
                                      :
                    Plaintiff,        :        26cv3602 (DLC)
                                      :
         -v-                          :        ORDER
                                      :
JAMIE REINGRUBER, et al.,             :
                                      :
                    Defendants.       :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

On May 15, 2026, defendant Jamie Reingruber filed a motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **June 5, 2026.**  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **June 5, 2026.**  Defendant's reply, if any, shall be filed by **June 22.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          May 15, 2026

                              _____
                                      DENISE COTE
                         United States District Judge