UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CUESTA PARTNERS LLC,<br><br>                                                    Plaintiff,<br><br>            -against-<br><br>JAMIE REINGRUBER, LEO BERWICK LP,<br>and LEO BERWICK AI, LP,<br><br>                                                    Defendants. | Case No.: 1:26-cv-03602<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and all prior pleadings and proceedings herein, Defendants Leo Berwick, LP ("Leo Berwick") and Leo Berwick AI, LP ("LB AI") will move this Court, Hon. Denise L. Cote, United States District Judge, at the United States Courthouse located at 500 Pearl St., New York, New York, 10007, at a date and time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6): (i) dismissing Count III of the Complaint [Dkt. No. 1] of Plaintiff Cuesta Partners LLC ("Plaintiff" or "Cuesta") with prejudice, for failure to state a claim upon which relief can be granted; (ii) dismissing Count II of the Complaint with prejudice for lack of subject-matter jurisdiction, or alternatively, for failure to state a claim upon which relief can be granted; and (iii) granting such other and further relief as the Court deems just and proper.

1

Dated: May 16, 2026              Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

/s/ *Peter A. Stokes*

Peter A. Stokes (*pro hac vice*)
State Bar No. 24028017
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
peter.stokes@nortonrosefulbright.com

Anthony Lauriello
1301 Avenue of the Americas
New York, NY 10019-6022
Tel. (212) 318-3093 | Fax (212) 318-3400
anthony.lauriello@nortonrosefulbright.com

Kelly A. Potter (*pro hac vice*)
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Tel. (713) 651 5678 | Fax (713) 651 5246
kelly.potter@nortonrosefulbright.com

*Counsel for Leo Berwick, LP and Leo Berwick AI, LP*

2