```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CUESTA PARTNERS LLC,                    :
                                        :
                        Plaintiff,      :        26cv3602 (DLC)
                                        :
            -v-                         :        ORDER
                                        :
JAMIE REINGRUBER, et al.,               :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On May 15, 2026, defendant Jamie Reingruber filed a motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  An Order of May 15, 2026 required the plaintiff to file any amended complaint or opposition to the motion to dismiss by **June 5, 2026** and defendant Reingruber to file any reply by **June 22**.  On May 16, 2026, the remaining defendants, Leo Berwick, LP and Leo Berwick AI, LP, filed their own motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6).  Accordingly, it is hereby

ORDERED that the schedule in the May 15, 2026 Order shall apply to both motions to dismiss.  The plaintiff shall submit one opposition brief addressing both motions by June 5, and the

defendants shall file any reply by June 22.

Dated:    New York, New York
          May 18, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge