UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CUESTA PARTNERS LLC,

                        Plaintiff,    :        26cv3602 (DLC)

                -v-            :        ORDER

JAMIE REINGRUBER, et al.,

                 Defendants.  :

------------------------------------------X

DENISE COTE, District Judge:

On May 15, 2026, defendant Jamie Reingruber filed a motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  On May 16, 2026, the remaining defendants, Leo Berwick, LP and Leo Berwick AI, LP, filed their own motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6).  An Order of May 15 and an Order of May 18 directed the plaintiff to file any amended complaint by June 5, 2026, and alerted the plaintiff that he would likely not have another opportunity to amend.  The plaintiff filed a first amended complaint on June 5.  Accordingly, it is hereby

ORDERED that the defendants' May 15 and May 16 motions are dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **June 26, 2026**

-     Opposition served by **July 10, 2026**
-     Reply served by **July 17, 2026**

At the time any reply is filed, the moving party shall supply

Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
          June 8, 2026

                                _____
                                  DENISE COTE
                    United States District Judge

2