```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
 CUESTA PARTNERS LLC,                      :
                                           :
                          Plaintiff,       :
                                           :            26cv3602 (DLC)
             -v-                           :
                                           :                ORDER
 JAMIE REINGRUBER, et al.,                 :
                                           :
                          Defendants.      :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

On May 1, 2026, the Court granted a temporary restraining order barring defendants from, inter alia, possessing, using, disclosing, or disseminating plaintiff Cuesta's confidential information and required defendant Reingruber to return his Cuesta-issued laptop by May 5.  An Order of May 8, 2026 scheduled a June 11 preliminary injunction hearing and set deadlines for the parties' submissions.  An Order of May 21, 2026 then granted the parties' joint request for a two-week extension and adjourned the preliminary injunction hearing to July 1.

On June 22, 2026, Cuesta filed a letter-motion seeking another adjournment of the July 1 preliminary injunction hearing, citing its inability to conduct key depositions and complete the forensic analysis of Reingruber's laptop beforehand.  On June 23, defendants filed letters opposing

Cuesta's June 22 adjournment request.  Having reviewed these letters of June 22 and June 23, it is hereby

ORDERED that the preliminary injunction hearing remains scheduled to begin on July 1, 2026 at 10:30 a.m. in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          June 23, 2026

_____
DENISE COTE
United States District Judge

2