UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUESTA PARTNERS LLC,<br><br>                                    Plaintiff,<br><br>             -against-<br><br><br>JAMIE REINGRUBER, LEO BERWICK LP,<br>and LEO BERWICK AI, LP,<br><br>                                    Defendants. | Case No.: 1:26-cv-03602<br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and all prior pleadings and proceedings herein, Defendant Jamie Reingruber ("Defendant" or "Reingruber") will move this Court, Hon. Denise L. Cote, United States District Judge, at the United States Courthouse located at 500 Pearl St., New York, New York, 10007, at a date and time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6): (i) dismissing Count III of the Amended Complaint [Dkt. No. 43] of Plaintiff Cuesta Partners LLC ("Plaintiff" or "Cuesta") with prejudice for failure to state a claim upon which relief can be granted; (ii) dismissing the remaining state-law claims against Reingruber for lack of subject-matter jurisdiction or declining to exercise supplemental jurisdiction over them; (iii) alternatively, if the Court reaches the state-law claims, dismissing Counts I, IV, V, and VI of the Amended Complaint as against Reingruber for failure to state a claim upon which relief can be granted; and (iv) granting such other and further relief as the Court deems just and proper.

Dated: June 26, 2026

                                    **NIXON PEABODY LLP**


                                    By: */s/ Paul F. Downs*_____
                                    Paul F. Downs

1

55 West 46th Street
New York, New York 10036
(212) 940-3029
pdowns@nixonpeabody.com

--and--

Tina B. Solis (*pro hac vice*)
70 West Madison Street, Suite 5200
Chicago, Illinois 60602
(312) 977-4400
tbsolis@nixonpeabody.com

*Attorneys for Defendant,*
*Jamie Reingruber*


TO:    All Counsel of Record via ECF

2