UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CUESTA PARTNERS LLC,

Plaintiff,

-against-

JAMIE REINGRUBER, LEO BERWICK LP,
and LEO BERWICK AI, LP,

Defendants.

Case No.: 1:26-cv-03602

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and all prior pleadings and proceedings herein, Defendants Leo Berwick, LP ("Leo Berwick") and Leo Berwick AI, LP ("LB AI") will move this Court, Hon. Denise L. Cote, United States District Judge, at the United States Courthouse located at 500 Pearl St., New York, New York, 10007, on Wednesday, July 1, 2026 at 10:30 am, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6): (i) dismissing the Amended Complaint [Dkt. No. 43] of Plaintiff Cuesta Partners LLC ("Plaintiff" or "Cuesta") with prejudice, for failure to state a claim upon which relief can be granted; (ii) dismissing Count II of the Complaint with prejudice for lack of subject-matter jurisdiction, or alternatively, for failure to state a claim upon which relief can be granted; and (iii) granting such other and further relief as the Court deems just and proper.

- 2 -

Dated:   June 26, 2026                    NORTON ROSE FULBRIGHT US LLP


By: */s/ Peter A. Stokes*
    Peter Andrew Stokes, Esq.
    Anthony Lauriello, Esq.
    Kelly A. Potter, Esq.
    NORTON ROSE FULBRIGHT US LLP
    1301 Avenue of the Americas
    New York, New York 10019
    peter.stokes@nortonrosefulbright.com
    anthony.lauriello@nortonrosefulbright.com
    kelly.potter@nortonrosefulbright.com

*Attorneys for Defendants Leo Berwick LP and
Leo Berwick AI, LP*