UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                            :

CUESTA PARTNERS LLC,                       :

                             Plaintiff,     :

                                           :         26cv3602 (DLC)

          -v-                           :

                                         :             ORDER

JAMIE REINGRUBER, et al.,                  :

                                      :

                       Defendants.    :

                                         :
------------------------------------------X

DENISE COTE, District Judge:

    For the reasons stated on the record during the July 1,
2026 preliminary injunction hearing, it is hereby

    ORDERED that, if any disputes remain regarding the forensic
examination of defendant Reingruber's iCloud storage account,
the parties shall submit a letter to this Court describing the
disputes no later than **July 7, 2026**.

Dated:    New York, New York
          July 1, 2026

                                 _____
                                    DENISE COTE
                       United States District Judge