**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

CUESTA PARTNERS LLC,

Plaintiff,

v.

JAMIE REINGRUBER, LEO BERWICK LP, and LEO BERWICK AI, LP,

Defendants.

---

Case No. 26cv3602 (DLC)

**PRELIMINARY INJUNCTION**

Having reviewed the First Amended Complaint and the submissions received in connection with the plaintiff Cuesta Partner LLC ("Cuesta")'s Motion for a Preliminary Injunction, and having conducted the hearing held on the record on July 1, 2026, the Court concludes as a matter of law, for the reasons set forth in the Opinion and Order of July 8, 2026 and pursuant to Rule 65 of the Federal Rules of Civil Procedure, that Cuesta is likely to succeed on the merits of its action in showing that defendant Reingruber violated his Employee Confidentiality, Non-Compete, and Non-Solicitation Agreement (the "Agreement"), that Reingruber's actions have caused and will continue to cause irreparable harm to Cuesta in the event that a preliminary injunction is not entered, and that the public interest will be served by granting this request for a preliminary injunction. Accordingly, it is hereby:

**ORDERED** that:

(a)     Defendants, and any person or entity acting in concert with them or under their supervision:

      i.     are enjoined from possessing, using, disclosing, or disseminating Cuesta's confidential information,

      ii.     are required to immediately return all of Cuesta's confidential information

in their possession, and

iii.    are required to comply with the parties' agreed-upon protocol for the forensic examination of Reingruber's iCloud storage account.

(b)    Defendant Reingruber is enjoined from violating the provisions of his Employee Confidentiality, Non-Compete, and Non-Solicitation Agreement with Cuesta.

(c)    Defendants Leo Berwick AI, LP and Leo Berwick, LP are enjoined from inducing or facilitating any violation of Reingruber's Employee Agreement with Cuesta.

**SO ORDERED**:

Dated:  July 8, 2026
        New York, New York

2