Case 1:26-cv-03602-DLC Document 89 Filed 07/10/26 Page 1 of 1

NIXON PEABODY

Nixon Peabody LLP
Tower 46
55 West 46th Street
New York, NY 10036-4120
Attorneys at Law
nixonpeabody.com

**Paul F. Downs**
Partner
T / 212.940.3029
F / 646.603.3480
pdowns@nixonpeabody.com

July 10, 2026

***Via ECF***

Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**RE: *Cuesta Partners LLC v. Jamie Reingruber, Leo Berwick LP, and Leo Berwick AI, LP*, Case No. 1:26-cv-03602-DLC**

Dear Judge Cote:

We represent Defendant Jamie Reingruber in this matter. With the consent of all parties, we respectfully request a rescheduling of the status conference currently set for July 24, 2026, at 11:30 a.m. Counsel for Defendant Reingruber is scheduled to participate in an all-day mediation in Chicago on that date.

Counsel for all parties have conferred and respectfully request that the status conference be rescheduled to July 21, 2026, if the Court is available.

We remain available to address any questions or participate in any conference the Court may deem necessary.

Sincerely,

Paul Downs
Partner

The conference shall proceed on July 21 at 2:30 pm.
Denise Cote
7/10/26