UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

CUESTA PARTNERS LLC,

Plaintiff,

-v-

JAMIE REINGRUBER, et al.,

Defendants.

---------------------------------------- X

26cv3602(DLC)

ORDER

DENISE COTE, District Judge:

Having received the parties' submissions of October 14 and October 20, 2026 it is hereby

ORDERED that a hearing will be held telephonically on **October 21, 2026, at 11:00 a.m.** The parties shall use the following dial-in credentials for the telephone conference:

Dial-in: 1-855-244-8681
Access Code: 2312 042 2648

The parties shall use a landline if one is available.

Dated: New York, New York
October 20, 2026

DENISE COTE
United States District Judge