UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUESTA PARTNERS LLC,<br>Plaintiff,<br>-v-<br>JAMIE REINGRUBER, et al.,<br>Defendants. | 26cv3602 (DLC)<br><br>Order |

DENISE COTE, District Judge:

Pursuant to a telephonic conference held today, it is hereby

ORDERED that the plaintiff will by **October 27, 2026**, define each category of trade secrets on which it seeks to litigate its claims and identify ten exemplars for each such category. The parties may agree on a different number of exemplars.

IT IS FURTHER ORDERED that the exemplars shall not be designated for attorneys' eyes only disclosure.

Dated: New York, New York
October 21, 2026

DENISE COTE
United States District Judge